# Order

Michigan Supreme Court
Lansing, Michigan

April 23, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143932 & (12)(13)(15)(16)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

KEITH BRYAN MADDOX, a/k/a
KEITH BRYAN MADDOX-EL,
        Defendant-Appellant.

SC: 143932
COA: 306235
Wayne CC: 04-005427-01

_____/

On order of the Court, the application for leave to appeal the October 7, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motions to remand and for miscellaneous relief are DENIED.

HATHAWAY, J., not participating. Justice Hathaway recuses herself and will not participate in this case as she was the initial presiding trial court judge. See MCR 2.003(B).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2012

_____
Clerk

d0416